IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PNC BANK, NATIONAL ASSOCIATION, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 2019 CV 06116 |
| | ) District Judge: John Z. Lee |
| FARIS ABUSHARIF, PAIN TREATMENT SURGICAL SUITES, LLC, PAIN TREATMENT CENTERS OF ILLINOIS, LLC, MMN SHARIF, INC., | ) Magistrate Judge: Young B. Kim |
| Defendants. | ) |

**MOTION TO WITHDRAW AS COUNSEL**

ARONBERG GOLDGEHN DAVIS & GARMISA, and moves this Court for leave to withdraw as attorney for the Defendants, Faris Abusharif and Laser Spine Center of Chicago, LLC ("Defendants"), and in support thereof, state as follows:

1. ARONBERG GOLDGEHN DAVIS & GARMISA are presently the attorneys of record for Defendants.

2. Pursuant to Illinois Code of Professional Responsibility Rule 1.16, an attorney may withdraw from representation of a client and in the instant matter there has been a breakdown of the attorney-client relationship such that the representation can no longer continue.

4. An attorney who has filed an appearance as the attorney of record for a party may withdraw pursuant to Northern District of Illinois Local Rule 83.17 by obtaining leave of court and filing a Notification of Party Contact Information Form, a copy of which is attached to this Motion as **Exhibit A**.

5.  Proper notice has been sent to all parties and attorneys notifying them that this Motion to Withdraw would be presented on this date.

6.  ARONBERG GOLDGEHN DAVIS & GARMISA will serve its client with reasonable notice of the time and place of the presentation of this Motion for leave to withdraw, via overnight carrier and e-mail, at the client's last known address:

| | |
|---|---|
| Mr. Faris Abusharif | Laser Spine Center of Chicago, LLC |
| 101 Forest Edge Drive | c/o Faris Abusharif |
| Palos Park, IL 60464 | 16604 S. 107th Court |
| f.abusharif@comcast.net | Orland Park, IL 60467-0000 |
| Farisholdings@me.com | |

8.  This Motion is not interposed for purposes of delay or harassment and it is not inequitable to any party to this action.

**WHEREFORE**, Aronberg Goldgehn Davis & Garmisa respectfully requests an order of court allowing leave to them to withdraw as attorney for the Defendants.

ARONBERG GOLDGEHN DAVIS & GARMISA

By: _/s/ R. Timothy Novel_____
R. Timothy Novel

R. Timothy Novel (tnovel@agdglaw.com) (IL# 6297303)
ARONBERG GOLDGEHN DAVIS & GARMISA
330 North Wabash Avenue, Suite 1700
Chicago, Illinois 60611
312-828-9600
Firm No. 30375

# EXHIBIT A

06/12/15

# United States District Court
# Northern District of Illinois

### Notification of Party Contact Information

**Directions**: This form must be attached to a motion to withdraw from a case when no other attorney of record has been noted on the docket. A completed form must be electronically filed as an attachment to the motion to withdraw. The address and telephone number of your client must be completed on this form to enable the Court to contact your client in the future if the motion to withdraw is granted.

**Case Number**: 2019 CV 06116

**Case Title**: PNC Bank, N.A. v. Faris Abusharif, et al.

**Judge**: John Z. Lee

**Name of Attorney submitting the motion to withdraw**:
R. Timothy Novel

**Name of Client**:
Faris Abusharif and Laser Spine Center of Chicago, LLC

**Mailing address of Client**: 101 Forest Edge Drive/16604 S. 107th Court

**City:** Palos Park/Orland Park     **State:** IL

**Zip:** 60464/60477     **Telephone Number:** 708-586-2004

**I attest that the above information is true and correct to the best of my knowledge.**

**Signed:** /s/ R. Timothy Novel

**Date:** April 7, 2021