**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| PNC BANK, NATIONAL ASSOCIATION, | |
| Plaintiff, | Case No. 19 cv 06116 |
| v. | District Judge: John Z. Lee |
| FARIS ABUSHARIF, PAIN TREATMENT SURGICAL SUITES, LLC, PAIN TREATMENT CENTERS OF ILLINOIS, LLC, MMN SHARIF, INC., | Magistrate Judge: Young B. Kim |
| Defendants. | |

## ORDER

This cause coming to be heard on the status of the Citation to Discover Assets as to judgment debtor, Faris Abusharif, and the Citations to Discover Assets to Third Parties UBS Group AG and Laser Spine Center of Chicago, LLC, the Wage Garnishment Summons to Laser Spine Center of Chicago, LLC, counsel for Plaintiff, Faris Abusharif and Laser Spine Center of Chicago, LLC present in Court via telephone, and the Court being fully advised hereby orders:

1. The Citations to Discover Assets to Third Parties UBS Group AG and Laser Spine Center of Chicago, LLC, and the Wage Garnishment to Laser Spine Center of Chicago, LLC to are entered and continued;

2. There is good cause for continuing the citations therefore the citation liens shall remain in full force and effect pursuant to Supreme Court Rule 277; and

3. An Alias Citation to Discover Assets shall be issued to Faris Abusharif.

ENTER: 5/28/21

*/s/ John Z. Lee*

_____
John Z. Lee
United States District Court Judge

1